## In re J. H. ROBERTS.

No. A-5742. Opinion Filed Nov. 28, 1925.
(240 Pac. 1118.)

A. H. Meyer, for petitioner.

The Attorney General, for respondent.

PER CURIAM. The petitioner states that he is illegally restrained of his liberty by H. J. Law, sheriff of Blaine county, and has been so held for a period of six days without being given an opportunity to make bail, upon a charge of bank robbery. Upon consideration of the application, the petitioner is allowed bail in the sum of $5,000, to be approved by the county judge of Blaine county. The bond as ordered was executed, and the petitioner set at liberty.